1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7



SEALED

FILED
APR 10 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA          CASE NO. 2:15-MJ-0079 EFB

11 v.

12 GURSHARAN PHAGURA, et al.         [PROPOSED] ORDER RE: REQUEST TO SEAL
                                     COMPLAINT, ARREST WARRANTS, AND TEN
13                                   SEARCH WARRANTS

14                                   **UNDER SEAL**

15

16                          **SEALING ORDER**

17    Upon application of the United States of America and good cause having been shown,

18    IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not

19 be disclosed to any person unless otherwise ordered by this Court.

20 Dated: 4-10-2015

21                                   _____
                                     Hon. Edmund F. Brennan
22                                   U.S. MAGISTRATE JUDGE

SEALING ORDER                        1