Case 2:15-cr-00095-GEB   Document 4   Filed 04/15/15   Page 1 of 2

BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
APR 15 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GURSHARAN PHAGURA, and
HARMINDER SINGH PHAGURA

Defendants.

CASE NO. 2:15-MJ-0079 EFB

APPLICATION AND [PROPOSED] ORDER TO UNSEAL REDACTED CRIMINAL COMPLAINT AND AFFIDAVIT

COURT: Hon. Carolyn K. Delaney

The government requests that the Court unseal a redacted copy of the criminal complaint and underlying affidavit, and that the Court keep sealed the unredacted copy of the same.

There is good cause for such request because: (1) HARMINDER SINGH PHAGURA is a police officer with the Yuba City Police department, and his home address and license plate number are readable in the unredacted copy of the affidavit; and (2) there are certain personal details of the confidential informant that would tend to endanger him and the integrity of the investigation.

The government will transmit a unredacted copy to defense counsel, upon request.

///
///
///
///
APPLICATION AND [PROPOSED] ORDER          1

1  The United States therefore submits there is good cause for such order.

3  Dated: April 15, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ PAUL A. HEMESATH
PAUL A. HEMESATH
Assistant United States Attorney

[PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 15th day of April, 2015

THE HONORABLE CAROLYN K. DELANEY
U.S. MAGISTRATE JUDGE