1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO.  2:15-CR-00095-MCE

12                 Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                       TIME PERIODS UNDER SPEEDY TRIAL ACT;
13        v.                           ORDER

14 GURSHARAN PHAGURA,                  DATE: November 12, 2015
   HARMINDER PHAGURA,                  TIME: 9:00 a.m.
15                                     COURT: Hon. Morrison C. England, Jr.
                  Defendants.
16

17                                 **STIPULATION**

18
        1.      By previous order, this matter was set for status on November 12, 2015.
19
        2.      By this stipulation, defendants now move to continue the status conference until January
20
   7, 2016, and to exclude time between November 12, 2015, and January 7, 2016, under Local Code T4.
21
        3.      The parties agree and stipulate, and request that the Court find the following:
22
               a)      The government has represented that the discovery associated with this case
23
   includes investigative reports and electronically obtained evidence, including hours of
24
   surveillance a text message records.   This discovery has been either produced directly to counsel
25
   and/or made available for inspection and copying.
26
               b)      Counsel for defendants desire additional time to review the voluminous evidence
27
   and consult with their respective clients.
28
   ///

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 12, 2015 to January 7, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 10, 2015

BENJAMIN B. WAGNER
United States Attorney


/s/ PAUL A. HEMESATH
PAUL A. HEMESATH
Assistant United States Attorney


Dated: November 10, 2015

/s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
Counsel for Defendant
GURSHARAN PHAGURA


Dated: November 10, 2015

/s/ MICHAEL BARRETTE
MICHAEL BARRETTE
Counsel for Defendant
HARMINDER PHAGURA


**ORDER**

IT IS SO ORDERED.

Dated: November 12, 2015


MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT