BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00095-GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| GURSHARAN PHAGURA, HARMINDER PHAGURA, | DATE: February 19, 2016 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on February 19, 2016.

2. By this stipulation, defendants now move to continue the status conference until April 8, 2016, and to exclude time between February 19, 2016, and April 8, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports and electronically obtained evidence, including hours of surveillance a text message records. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to review the voluminous evidence, including recordings and electronic data, and consult with their respective clients.

c) Counsel for defendants believe that failure to grant the above-requested

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

1

continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 19, 2016 to April 8, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 17, 2016        BENJAMIN B. WAGNER
                  United States Attorney

                  /s/ PAUL A. HEMESATH
                  PAUL A. HEMESATH
                  Assistant United States Attorney

Dated: February 17, 2016        /s/ THOMAS A. JOHNSON
                  THOMAS A. JOHNSON
                  Counsel for Defendant
                  GURSHARAN PHAGURA

Dated: February 17, 2016        /s/ MICHAEL BARRETTE
                  MICHAEL BARRETTE
                  Counsel for Defendant
                  HARMINDER PHAGURA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  February 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge