THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

 vs.

GURSHARAN PHAGURA,

   Defendant

Case No.: 2:15-cr-00095-GEB

STIPULATION AND [PROPOSED]
ORDER FOR TEMPORARY RELEASE
TO ATTEND FUNERAL SERVICES

   Defendant, GURSHARAN PHAGURA, by and through his counsel, THOMAS A. JOHNSON, and the United States Government, by and through its counsel, PAUL HEMESATH, Assistant United States Attorney, hereby stipulate to the following:

   Mr. Phagura's father, Sital Singh, passed away on January 9, 2017. The funeral is scheduled for January 26, 2017, at the Chapel of the Twin Cities located at 715 Shasta Street, in Yuba City, California. Following the funeral, there will be a prayer service at the Sikh Temple located at 2269 Bogue Road, in Yuba City, California that will end around 4:00 p.m.

   The parties stipulate and agree that Mr. Phagura be temporarily released from the Nevada County Jail to the custody of Investigator Jim Delaney from on January 26, 2017, from 10:00 a.m. until 6:00 p.m.  Mr. Phagura's activity will be limited to traveling from the jail to the Chapel of the Twin Cities located at 715 Shasta Street, in Yuba City, California, and then to the Sikh Temple located at 2269 Bogue Road, in Yuba City, California and returning to the jail by 6:00 p.m.  Investigator Delaney will escort Mr.

Phagura the funeral and to the prayer service and return him to the Nevada County Jail. Mr. Phagura will remain in the custody of Jim Delaney during the entire time of his temporary release.

    For the above reasons, Defendant, respectfully requests that the Court allow this temporary release.

DATE: January 19, 2017      By:    /s/ Thomas A. Johnson for
THOMAS A. JOHNSON
Attorney for Gursharan Phagura

DATE: January 19, 2017      By:    PHILLIP A. TALBERT
Acting United States Attorney

        /s/ Thomas A. Johnson for
PAUL HEMESATH
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: January 19, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE