THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
v.

GURSHARAN PHAGURA,
    Defendant.

Case No.: 2:15-cr-00095-GEB

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING

Date: July 28, 2017
Time: 9:00 a.m.
Judge: Garland E. Burrell, Jr.

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for June 30, 2017, is continued to July 28, 2017 at 9:00 a.m. in the same courtroom. The Assistant United States Attorney is no longer available on June 20, 2017. Additionally, Defendant needs additional time to prepare for sentencing. Paul Hemesath, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The PSR schedule is amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | July 28, 2017 |
| Reply or Statement | July 21, 2017 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | July 14, 2017 |

1

**IT IS SO STIPULATED.**

DATE: June 15, 2017

        /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Gursharan Phagura

DATED: June 15, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ Paul Hemesath
PAUL HEMESATH
Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED.**

Dated: June 16, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge