THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br>v.<br><br>GURSHARAN PHAGURA,<br>         Defendant. | Case No.: 2:15-cr-00095-GEB<br><br>STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date:  September 8, 2017<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for July 28, 2017 is continued to September 8, 2017 at 9:00 a.m. in the same courtroom.   Defense counsel underwent knee surgery on July 21, 2017 and will not be available to attend court on July 28th.  Additionally, Defendant needs additional time to prepare for sentencing.  Paul Hemesath, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.  The PSR schedule is amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | September 8, 2017 |
| Reply or Statement | September 1, 2017 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | August 25, 2017 |

1

**IT IS SO STIPULATED.**

DATE: July 24, 2017

        /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Gursharan Phagura

DATED: July 24, 2017

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Paul Hemesath
PAUL HEMESATH
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

Dated: July 25, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2